UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| TAMARA JEAN FARRELL, an individual,<br><br>           Plaintiff,<br>vs.<br><br>M.F.C. MECHANICAL CORP., a New York Corporation,<br><br>           Defendant.<br>_____ | )<br>)<br>)    CASE NO.: 3:23-cv-00139-TCB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action and all claims with prejudice, each party to bear its respective fees and costs.

Dated: January 9, 2024

Respectfully submitted,                             Respectfully submitted,

/s/ John A. Moore            .                       /s/ Philip T. Poole
John A. Moore, Esq.                                  James M. Johnson
Georgia Bar No.: 519792                              Georgia Bar. No. 394615
Of Counsel                                           Philip T. Poole
The Moore Law Group, LLC                             Georgia Bar No. 522887
1745 Martin Luther King Jr., Drive                   JOHNSON TRIAL LAW, LLC
Atlanta, GA 30314                                    125 Clairemont Avenue
Tel.: (678) 288-5601                                 Suite 170
Fax: (888) 553-0071                                  Decatur, GA 30030
jmoore@moorelawllc.com                               Tel: (470) 851-9149

1

*Attorneys for Plaintiff*

james@johnsontrial.com
philip@johnsontrial.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of January 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system with a copy delivered through electronically to the following attorneys of record:

James M. Johnson
Philip T. Poole
JOHNSON TRIAL LAW, LLC
125 Clairemont Avenue
Suite 170
Decatur, GA 30030
james@johnsontrial.com
philip@johnsontrial.com

/s/ John A. Moore
John A. Moore, Esq.

2